No. 68114.—Max Eckardt & Sons, Inc., et al. *v.* United States, protests 294730–K, etc. (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of plastic paperweights similar in all material respects to those the subject of Abstract 67488, the claim of the plaintiffs was sustained.

No. 68115.—John S. Connor *v.* United States, protest 296739–K (Baltimore).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of plastic articles similar in all material respects to those the subject of Abstract 67488, the claim of the plaintiff was sustained.